# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| LARRY REINLASODER,<br><br>                         Plaintiff,<br><br>vs.<br><br>CITY OF COLSTRIP, and MAYOR ROSE HANSER, in her Individual and Official Capacity,<br><br>                         Defendants. | No. CV 12-107-BLG-SEH<br><br>**ORDER** |

On February 18, 2014, Magistrate Judge Carolyn S. Ostby issued her Findings and Recommendation directed to Plaintiff's Motion for Leave to File Second Amended Complaint[1] and the issue of supplemental jurisdiction.[2] Objections were filed by Plaintiff on March 4, 2014.[3] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b).

Upon *de novo* review of the record, I find no clear error in Judge Ostby's

---

[1] *See* Doc. 53. Judge Ostby denied the motion.

[2] Doc. 71.

[3] Doc. 72.

Findings and Recommendation and adopt them in full.

ORDERED:

1. The Court declines to exercise supplemental jurisdiction, 28 U.S.C. § 1367, over Causes of Action I, II, IV, V, VI, and VII of Plaintiff's Amended Complaint.

2. Causes of Action I, II, IV, V, VI, and VII of Plaintiff's Amended Complaint are DISMISSED without prejudice.

3. None of Plaintiff's causes of action remain.[4] This matter is DISMISSED.

4. All pending motions are DENIED as moot.

5. The Clerk is directed to enter judgment accordingly.

DATED this 6th day of March, 2014.

SAM E. HADDON
United States District Judge

---

[4] Cause of Action III of Plaintiff's Amended Complaint was dismissed on January 21, 2014. (Doc. 70 at 3.)